**CV 10 4307**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOHN A. BIVIANO SRS.
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).*

-against-

ANTHONY R. BIVIANO; ADOPTED CHILDREN OF
CHARLES A. BIVIANO; LORAINE STAMP, JOEL
BREERMAN AKA: BIERMAN, BEARMAN, BLEAMAN,
BIVIANO, BRIEMEN, CONGILIO, LOMBARDI, CHARLES C.
BRIEMAN
ANTONIELLO, APPOX. 30 OTHERS W/ I.D. ALL CITIZENSHIP

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*
------------------------------------------------------------X

**COMPLAINT**

Jury Trial: (Yes)   No

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 21 2010 ★

LONG ISLAND OFFICE

BIANCO, J.
LINDSAY, M.

**I. Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff:   Name GEN. JOHN A. "JACAVINO" BIVIANO III  U.S. ARMY-RETIRED, C.C.C.
Street Address 414 S. SUNRISE HWY · BORDER PATROL SECTION 212
County, City PATCHOGUE, N.Y.
State & Zip Code NEW YORK  11772
Telephone Number NOT AVIL. TO PUBLIC (SEC. REASONS)

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1  ✱ Name ANTHONY RICHARD BIVIANO  DIRECTOR ?
Street Address 79 MIDVILLE RD. - V.A.M.C. N° 11
County, City SUFFOLK, NORTHPORT
State & Zip Code NEW YORK
Telephone Number (631) 261-4400 x

Defendant No. 2  Name LORAINE STAMP CSW ? DIRECTOR ?
Street Address 79 MIDVILLE RD. V.AM.C. N° 6
County, City SUFFOLK, NORTHPORT
State & Zip Code NEW YORK
Telephone Number (~~~~)(623) 261-4400 x

Defendant No. 3  Name JOEL BIERMAN -DIRECTOR- SLVR- V.A.M.C. ?
Street Address 79 MIDVILLE RD. VAMC N° 11
County, City SUFFOLK, N.Y.
State & Zip Code NEW YORK
Telephone Number (~~~~) (623) 261-4400 x

Defendant No. 4  Name CHARLES C. BEARMAN - DIRECTOR, ADT. GEN'L. "ACTING JACK" ATTY
Street Address 79 MIDVILLE RD. & N.Y.C. "SOHO" AREA - VAMC #
County, City SUFFOLK - NORTHPORT
State & Zip Code NEW YORK
Telephone Number (631) 261-4400 x

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

✱ ☑ Federal Questions       ☑ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right
✱ is at issue? ANTI - I.D. THEFT, POSTAL

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

✱ Plaintiff(s) state(s) of citizenship UNKNOWN - ANTI I.D. THEFT, POSTAL
✱ Defendant(s) state(s) of citizenship UNKNOWN - ANTI I.D. THEFT, POSTAL

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? **V.A.M.C. NORTHPORT**

B. What date and approximate time did the events giving rise to your claim(s) occur? ON GOING CASE FOR ELEVEN YEARS, INVOLV'MT CASE FOR 26 MILLION MEN, WOMAN I.D. THEFT, SEX OFFENDERS WAS IN STATE-N.Y.- SUPREME COURTS, TRANSFER TO OTHER FEDERAL COURTS UNDER FEDERAL WARRANTS

C. Facts: ALL CASES ARE BEING ON GOING WITH F.B.I. w/ APPROVAL OF U.S.S.C. & OTHER RESIDING SENATORS CHOOSEN TO BE ON PANELS. As BEING ADJ. GEN. VETERANS ADMINISTRATION & FOOD, DRUG, ADMINISTRATION. APPOINTED BY FRMR. PRES. BUSH AND CAST VOTED BY CONGRESS, RETIRE A HALF SCORE YEARS AGO. TO POSTED POSITION. RETURNED TO MY POST & PAST COMMAND OF THE 101st ABN. DIV. SPECIAL OPERATIONS, UNITS, TEAC KNOWN AS "SHADOW" Co. OF THE 187th ABN. DIV. TOP 13 A MUST ON THIS. IT ALSO INVOLVES THE U.S. TREASURY, OF STOLEN GOV'MT FUNDS FOR ALL VETERANS. ON A RETRO BASES OF TIME LOST. (STOP). NON-BOUDA FIRE I.D. ALSO BEING USED. PROVO' MARSHALL INFORMED ALONG WITH ALL TEAC TEAMS. SOCIAL SECTY IS ONE OF THE LOOPHOLES, ALONG WITH SOCIAL SERVICES (WELFARE), W.I.C.

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. TO BE SET ASIDE DUE TO MEDICAL LEAVE ADVISE - PENDING ALL RECORDS FORWARDED TO FBI SPECIAL OPS, UNITS, TEAC, IN GOV'MT SECURED AREAS, WITH ALL X-RAYS AND OTHER ERBITS OF WRITINGS WHICH CONSISTS OF FRAUD NOTES. OTHER COUNTRIES TEAMS WORKED ON FOOT, LEGS, HIPS, CHEST AREAS WILL PRESENT ALL EXBHITS & X-RAYS

V.   Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Go BACK TO FIRST CASES METHOD TO BE AWARDED THE SAME WAY AS INDICATED TO ALL PARTY'S CONCERN. NO LUMP PAYMENT, SEE 1ST AGREEMENT MEMOS. OTHER THAN PERSONAL NEEDS ENTITLED PETTY CASH WITH ALL FEDERAL ALLOWANCES PROVIDED INTO GENERAL QUARTERS AT THESE RATES: $1600 per day W/ALL THE SMALLEST, TRAVEL TO THE LESSER ALLOWED. HOUSING ARRANGEMENTS TO FAMILY OF SIX. NO GEN. QUARTERS FOR BJT. GEN. IN NORTHPORT, RENTED INSTEAD. BEING FOLLOW UP AT THE TREASURY DEPT. I.A. DIV. WITH ALL DIRECT DEPTS.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **22** day of **OCTOBER**, 20**10**.

Signature of Plaintiff  Gen. [signature] III CC

Mailing Address  G.P.O WESTERFIELD R.R. No 3
RIDGEFIELD, UTAH

Telephone Number  1-570-850-7164 CELL No

Fax Number *(if you have one)* _____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.